## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony J. Suleski II<br>**Debtor(s)**<br><br>Citibank, N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2018-5<br>**Movant**<br>vs.<br><br>Anthony J. Suleski II<br>**Respondent**<br><br>Robert Shearer Esq., (**Trustee**)<br>**Additional Respondent** | **BK NO. 20-23018 GLT**<br><br>**Chapter 7**<br><br>**Related to Document No.**<br><br>**Hearing Date: January 21, 2021**<br><br>**Hearing Time: 9:30AM**<br><br>**Objection Deadline: January 04, 2021** |

### CERTIFICATE OF SERVICE OF DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Brian C. Nicholas, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 22, 2021</u>, I served the above captioned pleading, along with the Motion filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Anthony J. Suleski II
609 Westland Drive
Gibsonia, PA 15044

<u>Attorney for Debtor(s)</u>
Charles J. Grudowski, Esq.
Grudowski Law, P.C
3925 Reed Boulevard, Suite 201
Murrysville, PA 15668
cjg@grudowskilaw.com
VIA ECF

<u>Trustee</u>
Robert Shearer Esq.
5703 Brewster Lane
Erie, PA 16505
information@robertshearer.com
VIA ECF

<u>US Trustee</u>
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

VIA ECF

Method of Service: electronic means or first class mail

Dated: <u>January 22, 2021</u>

**/s/ Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
bnicholas@kmllawgroup.com
Attorney I.D. No. 317240
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
Attorney for Movant/Applicant