| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Anthony J. Suleski II** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–0597** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **20–23018–GLT** | | |

## Order of Discharge                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Anthony J. Suleski II

   2/10/21                                **By the court:**   Gregory L. Taddonio
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                        **Order of Discharge**                         page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Anthony J. Suleski, II  
    Debtor

Case No. 20-23018-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 10, 2021      Form ID: 318      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony J. Suleski, II, 609 Westland Drive, Gibsonia, PA 15044-9348 |
| 15302523 | + | ACM MCC VI, LLC, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 15302524 | + | Amwood, LLP, PO Box 813, Mars, PA 16046-0813 |
| 15302525 | + | Bertch Cabinet MFG., Inc., PO Box 2280, Waterloo, IA 50704-2280 |
| 15302527 | + | Citibank, N.A., 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 15302529 | + | Commercial Asset Recovery, 1330 Avenue of the Americas, Suite 23A, New York, NY 10019-5483 |
| 15302530 | + | Convergent Commerical, Inc., 925 Westchester Ave., Suite 101, White Plains, NY 10604-3562 |
| 15302531 | + | Creditech, 50 North 7th St, Bangor, PA 18013-1791 |
| 15302532 | + | Dex Media, Inc., C/O Keifer Law Firm, LLC, 311 Market St., Kingston, PA 18704-5428 |
| 15302533 | + | First Data, PO Box 173845, Denver, CO 80217-3845 |
| 15302534 | + | Funding Metrics, LLC, C/O Commerical Asset Recovery, 1330 Avenues of the Americas, Suite 23A, New York, NY 10019-5483 |
| 15302535 | + | Hladik, Onorato & Federman, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 15302536 | + | Kratzenberg, Lazzaro, Lawson & Vincent, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15302538 | + | National Enterprise Systems, 2479 Edison Blvd, Twinsburg, OH 44087-2475 |
| 15302540 | + | PA Department of Revenue, PO Box 280948, Harrisburg, PA 17128-0948 |
| 15302541 | + | Pine-Richland S.D. and Richland Twp., 546 Wendel Road, Irwin, PA 15642-7539 |
| 15302543 | + | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15302544 | + | Shellpoint Mortgage Servicing, PO Box 51850, Livonia, MI 48151-5850 |
| 15329195 | + | Shellpoint Mortgage Servicing, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 15302545 | + | Strategic Funding Source, Inc., 120 West 45th Street, Second Floor, New York, NY 10036-0069 |
| 15302546 | + | Susan H. Suleski, 609 Westland Drive, Gibsonia, PA 15044-9348 |
| 15302547 | + | Susan Suleski, 609 Westland Drive, Gibsonia, PA 15044-9348 |
| 15302548 | | Weltman, Weinberg Reis Co., 436 7th. Ave., Ste 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRSHEARER.COM | Feb 11 2021 04:08:00 | Robert Shearer, 5703 Brewster Lane, Erie, PA 16505-1109 |
| smg | | EDI: PENNDEPTREV | Feb 11 2021 04:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2021 03:34:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Feb 11 2021 03:36:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15302526 | + | EDI: CAPITALONE.COM | | |

|  |  |  | Feb 11 2021 04:08:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| --- | --- | --- | --- | --- |
| 15302537 | + | Email/Text: plamas@credibly.com | Feb 11 2021 03:36:00 | Merchant Cash & Capital, 460 Park Avenue South, 10th Floor, New York, NY 10016-7470 |
| 15302539 | + | EDI: NAVIENTFKASMSERV.COM | Feb 11 2021 04:08:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15302542 |  | Email/Text: Bankruptcy.Notices@pnc.com | Feb 11 2021 03:34:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15313288 |  | EDI: PENNDEPTREV | Feb 11 2021 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15313288 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2021 03:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr |  | Citibank, N.A., not in its individual capacity but |
| aty | *+ | Robert Shearer, 5703 Brewster Lane, Erie, PA 16505-1109 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Shellpoint Mortgage Servicing, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 15302528 | ##+ | Coastal Pay, 2445 Impala Drive, Carlsbad, CA 92010-7227 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 12, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Citibank N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2018-5 bnicholas@kmllawgroup.com |
| Charles James Grudowski | on behalf of Debtor Anthony J. Suleski II cjg@grudowskilaw.com, admin@grudowskilaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Citibank N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2018-5 mmiksich@kmllawgroup.com |

District/off: 0315-2      User: admin      Page 3 of 3
Date Rcvd: Feb 10, 2021      Form ID: 318      Total Noticed: 31

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com

Robert Shearer
    on behalf of Trustee Robert Shearer information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com

TOTAL: 7